United States District Court
Southern District of Texas
**ENTERED**
July 24, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CASIMIR GEORGE, JOSHUA CLARK, SHYENNE WHITE, Individually and as Next Friend of K. W., a Minor, BEVERLY ROSS, Individually and as Representative of the Estate of DOROTHY MARIE BAKER, Deceased, AND BURNEY THIBODEAUX, Individually and as Representative of the Estate of LILLIE McNAIRY, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> MEMORIAL HERMANN HEALTH SYSTEM and MEMORIAL HERMANN MEDICAL GROUP, <br><br> Defendants. | Civil Action No. 4:22-CV-01073 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Before the Court is Plaintiff's "Unopposed Motion for Voluntary Dismissal"

Plaintiff's Motion for Voluntary Dismissal is GRANTED.

It is therefore, ADJUDGED, ORDERED, and DECREED that this action be dismissed without prejudice.

SIGNED this 22nd day of July 2024.

_____
JUDGE PRESIDING